IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-1122-WKW |
| | ) | (LEAD CASE) |
| CITY OF MONTGOMERY, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WILLIE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-523-WKW |
| | ) | (MEMBER CASE) |
| CITY OF MONTGOMERY, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the memorandum opinion and order granting Defendants' motions for summary judgment, it is the ORDER, JUDGMENT, and DECREE that judgment is entered in favor of Defendants, and against Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of September, 2013.

        /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE